**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

| | | |
|---|---|---|
| MCELROY'S, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | Case No.: |
| vs. | ) | |
| | ) | |
| MARS WRIGLEY CONFECTIONERY US, | ) | |
| LLC, f/k/a Mars Chocolate North America, | ) | |
| LLC, | ) | |
|     Defendant. | ) | |

## <u>NOTICE TO PLAINTIFF OF REMOVAL</u>

**TO:**   James B. Biggs
Cavanaugh, Biggs & Lemon, P.A.
2942A SW Wanamaker Drive, Ste. 100
Topeka, KS  66614
jbiggs@cavlem.com
*Attorney for Plaintiff*

Please take notice that on February 12, 2019, Defendant Mars Wrigley Confectionery US, LLC f/k/a Mars Chocolate North America, LLC, filed a Notice of Removal, a copy of which is attached hereto, in the United States Court for the District of Kansas.  You are also advised that the same Defendant filed a notice in the District Court of Shawnee County, Kansas to effect removal pursuant to 28 United States Code § 1446.

1

Respectfully Submitted,

/s John H. Hutton
John H. Hutton, #16573
J. Phillip Gragson, #16103
Adam C. Mauck, #27638
HENSON, HUTTON, MUDRICK,
 GRAGSON & VOGELSBERG, LLP
3649 SW Burlingame Road, Ste. 200
Topeka, KS  66611
Ph. (785) 232-2200; Fax (785) 232-3344
jhutton@hhmglaw.com
jpgragson@hhmglaw.com
amauck@hhmglaw.com
*Attorneys for Mars Confectionery US, LLC f/k/a*
*Mars Chocolate North America, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that a copy of the above and foregoing was delivered via electronic mail to the following:

James B. Biggs
Cavanaugh, Biggs & Lemon, P.A.
jbiggs@cavlem.com
*Attorney for Plaintiff*


 /s/ John H. Hutton
John H. Hutton

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| MCELROY'S, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | Case No.: |
| vs. | ) | |
| | ) | Re:   District Court of Shawnee |
| | ) |     County, Kanas |
| MARS WRIGLEY CONFECTIONERY US, | ) | |
| LLC, f/k/a Mars Chocolate North America, | ) |     Case No.: 2019-CV-000036 |
| LLC, | ) |     Division 2 |
|     Defendant. | ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION

**TO:**    **United States District Court for the District of Kansas.**

**COMES NOW** Mars Wrigley Confectionery US, LLC, f/k/a Mars Chocolate North America, LLC ("Defendant") pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 and files this Notice of Removal of Case No.: 2019-CV-000036 from the District Court of Shawnee County, Kansas, ("State Court Action") to the United States District Court for the District of Kansas. The grounds for removal are as follows:

1.    Defendant is the only defendant in the above-entitled action.

2.    On January 18, 2018, Plaintiff McElroy's, Inc. ("Plaintiff") filed a Petition in the District Court of Shawnee County, Kansas.

3.    Defendant was served with the Petition on January 22, 2019.

4.    Defendant's time to file an Answer in the State Court Action has not lapsed and Defendant has not filed an Answer in the State Court.

5.    The Petition alleges that Plaintiff is an incorporated entity organized under the laws of the State of Kansas, with its principal place of business in Kansas.

6.     Plaintiff's Petition alleges that Defendant is a corporation organized under the laws of Delaware.

7.     Plaintiff's Petition alleges claims for breach of contract to recover damages greater than $75,000.00.

8.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon Defendant in the Kansas Action is attached as Exhibit 1 to this Notice of Removal.

9.     This Notice of Removal is filed within thirty (30) days after service of the Plaintiffs Original Petition on Defendant, and is timely filed under 28 U.S.C. § 1446(b).

10.    Removal to this Court is proper since the removed action was commenced in Shawnee County, Kansas, which is in the District of Kansas' Topeka Division.

11.    There is complete diversity between Plaintiff and Defendant, with Plaintiff having its state of formation and principal place of business as Kansas, and therefore being a citizen of Kansas, and Defendant having neither its state of formation nor its principal place of business in Kansas, and therefore not being a citizen of Kansas.

12.    The amount in controversy exceeds the $75,000.00 threshold for removal jurisdiction for diversity cases.

### DESIGNATION OF PLACE OF TRIAL

Defendants designate the place of trial in this matter to be Topeka, Kansas.

**WHEREFORE**, Defendant requests that the above action be removed from the District Court of Shawnee County, Kansas to this Court.

Respectfully Submitted,

/s John H. Hutton
John H. Hutton, #16573
J. Phillip Gragson, #16103
Adam C. Mauck, #27638
HENSON, HUTTON, MUDRICK,
  GRAGSON & VOGELSBERG, LLP
3649 SW Burlingame Road, Ste. 200
Topeka, KS  66611
Ph. (785) 232-2200; Fax (785) 232-3344
jhutton@hhmglaw.com
jpgragson@hhmglaw.com
amauck@hhmglaw.com
*Attorneys for Mars Confectionery US, LLC f/k/a*
*Mars Chocolate North America, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that a copy of the above and foregoing Notice of Removal was placed in the United States Mail, first-class, postage prepaid this 12th day of February, 2019, to the following:

James B. Biggs
Cavanaugh, Biggs & Lemon, P.A.
2942A SW Wanamaker Drive, Ste. 100
Topeka, KS  66614
ATTORNEY FOR PLAINTIFF

And a chambers copy was delivered to:

The Honorable Richard D. Anderson
Division 2, Courthouse
200 SE 7th Street
Topeka, Kansas 66603

/s/ John H. Hutton
John H. Hutton

3

ELECTRONICALLY FILED
2019 Jan 18 PM 1:07
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  2019-CV-000036

James B. Biggs – KS#14079; MO#46566
CAVANAUGH, BIGGS & LEMON, P.A.
2942A SW Wanamaker Drive
Suite 100
Topeka, KS 66614
Ph. (785) 440-4000
Fax (785) 440-3900
Email: jbiggs@cavlem.com
ATTORNEYS FOR PLAINTIFF

IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS
DIVISION__

|  |  |  |
|---|---|---|
| MCELROY'S, INC., | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | Case No. 2019-CV-___ |
|  | ) |  |
| MARS WRIGLEY CONFECTIONERY US, | ) |  |
| LLC, formerly known as Mars Chocolate North | ) |  |
| America, LLC, | ) |  |
| Defendant. | ) |  |

**TITLE TO REAL ESTATE INVOLVED**

## PETITION

COMES NOW Plaintiff, McElroy's, Inc., by and through its attorneys, Cavanaugh, Biggs &

Lemon, P.A., and for its cause of action, alleges and states as follows:

1. Plaintiff McElroy's, Inc., is a Kansas corporation that operates from its principal place of

   business located at 3310 SW Topeka Boulevard, Topeka, Kansas 66611.

2. Defendant Mars Wrigley Confectionery US, LLC, f/k/a Mars Chocolate North America,

   LLC, is a Delaware corporation in good standing in Delaware, that can be served with

   process through its registered agent, The Corporation Company, Inc., 112 SW 7th Street,

   Suite 3C, Topeka, Kansas 66603.

1



3.  Defendant Mars Wrigley Confectionery US, LLC, f/k/a Mars Chocolate North America, LLC is the owner of the real property legally described as follows:

> Lot 1, Block A, A Final Plat for Kanza Fire Commerce Park, Shawnee County, Kansas. (commonly referred to as 100 Mars Boulevard, Topeka, Kansas 66619) (hereinafter referred to as "subject property").

4.  Defendant Mars Wrigley Confectionery US, LLC, (hereinafter referred to as "Mars") entered into a cost-plus contract with Plaintiff for the construction of improvements to the subject property (hereinafter the "Contract").  On January 25, 2018, the contract was performed on a cost plus time and material basis; cost of labor, materials and equipment; subcontractors; rental equipment (outside rentals and company owned rental expenses) and consumables all included in improvements on the subject property.

5.  Plaintiff provided Defendant with labor, materials and equipment; subcontractors; rental equipment (outside rentals and company owned rentals) and consumables pursuant to the terms of the cost plus contract, and Plaintiff paid all labor, materials and equipment; subcontractors; rental equipment and consumables expenses.  Defendant has refused to reimburse Plaintiff for such labor, materials and equipment; subcontractors; rental equipment and consumables expenses.

6.  Plaintiff performed work on the subject property from January 25, 2018 through May 25, 2018.  Plaintiff incurred demobilization labor expenses from the project through June 19, 2018.

7.  During the time that Plaintiff was performing the time and material work, providing subcontractors and rental equipment, Defendant requested that Plaintiff increase their scope of work.

2

8.  The total amount owed by Defendant Mars to Plaintiff for the time for labor Plaintiff provided on the subject property, materials provided on the subject property, subcontractors and rental equipment fees is $2,544,538.12.

9.  Defendant Mars last made payment toward the contract was on or about June 25, 2018.

10. Despite repeated demands, Defendant Mars as failed and refused to pay the amount owed to Plaintiff.

11. On September 20, 2018, the Plaintiff caused to be filed a Mechanic's Lien Statement of Contractor pursuant to K.S.A. 60-1101, *et seq*., in the District Court of Shawnee County, Kansas against the subject property.  The Mechanic's Lien Statement of Contractor, Shawnee County Case No. 2018-SL-185, is attached hereto as Exhibit 1 and incorporated herein by reference.

12. The Plaintiff has met all of the conditions relative to filing said Mechanic's Lien Statement of Contractor, and is entitled to foreclose on this lien pursuant to K.S.A. 60-1101, *et seq.*

## COUNT I – BREACH OF CONTRACT AGAINST DEFENDANT MARS WRIGLEY CONFECTIONERY US, LLC, f/k/a Mars Chocolate North America, LLC

13. Plaintiff incorporates herein by reference the allegations contained in paragraphs 1 through 12 above as though the same were fully set forth herein.

14. By the terms of the cost plus contract between Plaintiff and Defendant Mars, Defendant Mars promised to pay Plaintiff for labor, materials, subcontractors, rental equipment and consumables for the construction of the improvements on the subject property.

15. Defendant Mars has been in breach of the contract since thirty (30) days after the last invoice submitted by Plaintiff to Defendant Mars on August 9, 2018 and credit memo of September 10, 2018.

3

16. Defendant Mars breached the contract with Plaintiff, and is indebted to the Plaintiff in the amount of $2,544,538.12.

17. Pursuant to K.S.A. 16-1803(d), Defendant Mars was required to pay Plaintiff all amounts due, within thirty (30) days of the request for payment.

18. Pursuant to K.S.A. 16-1803(g), Defendant Mars owes Plaintiff interest on the unpaid balance at the rate of 18% per annum.

19. Pursuant to K.S.A. 16-1806, Plaintiff is entitled to recover its costs and attorneys' fees from Defendant Mars that have been incurred in an attempt to recover the sums due and owing by Defendant Mars to Plaintiff.

WHEREFORE, Plaintiff prays for judgment against Defendant Mars Wrigley Confectionery US, LLC, f/k/a Mars Chocolate North America, LLC in the amount of $2,544.538.12; for pre and post judgment interest at the rate of 18% per annum; for attorneys' fees; for costs; and for such other and further relief as the Court deems just and equitable.

## COUNT II – UNJUST ENRICHMENT AGAINST DEFENDANT MARS WRIGLEY CONFECTIONERY US, LLC, f/k/a Mars Chocolate North America, LLC

20. Plaintiff incorporates herein by reference the allegations contained in paragraph 1 through 19 above as though the same were fully set forth herein.

21. As a result of Plaintiff's supply of time, materials, labor, subcontractors, rental equipment and consumables to Defendant Mars, Defendant Mars has been unjustly enriched to the detriment of the Plaintiff in the amount of $2,544,538.12.

WHEREFORE, Plaintiff prays for judgment against Defendant Mars in the amount of $2,544,538.12; for pre and post judgment interest at the statutory rate; for costs; and for such other relief as the Court deems just and equitable.

4

## <u>COUNT III – ENFORCEMENT OF LIEN</u>

22. Plaintiff incorporates herein by reference the allegations contained in paragraphs 1 through 21 above as though the same were fully set forth herein.

23. The time, materials, labor, subcontractors and rental equipment provided by the Plaintiff were used and incorporated in the construction and improvement of the subject property.

24. The Plaintiff is entitled to foreclose its Mechanic's Lien duly filed herein, which totals $2,544,538.12.

WHEREFORE, Plaintiff respectfully requests the Court to:

A. Order a personal judgment against Mars Wrigley Confectionery US, LLC, f/k/a Mars Chocolate North America, LLC, for the principal sum of $2,544,538.12, plus pre and post judgment interest pursuant to K.S.A. 16-1803(g) or at the statutory rate; for costs and attorneys fees pursuant to K.S.A. 16-1806; and for such other relief as the Court deems just and equitable;

B. Order the Plaintiff's Mechanic's Lien be adjudged and decreed a first and prior lien on the subject property; that the Defendant, or any known person or entities to be determined and adjudged to be inferior to Plaintiff's right, securing the sums found due to Plaintiff as set forth above, and that the Mechanic's Lien on the subject property be enforced and foreclosed; for a decree that if the above judgments, together with interest thereon not be paid within fourteen (14) days after the date of judgment, then the Clerk of the District Court of Shawnee County, Kansas, upon Plaintiff's praecipe shall issue an Order of Sale directing the Sheriff of Shawnee County, Kansas, to advertise and to sell as provided by law, without appraisement, the subject property.  Should a deficiency exist, Plaintiff would be entitled to a deficiency judgment against Defendant Mars Wrigley Confectionery US, LLC, f/k/a Mars Chocolate North America, LLC;

C.  Order that, if Plaintiff is the successful bidder at the sale of the subject property, Plaintiff shall be entitled to credit the amount not to exceed the total set off in this petition for relief in lieu of payment of any equivalent amount of cash toward the purchase price of the subject property;

D.  Order that the Mechanic's Lien be foreclosed upon the subject property described in this petition be sold as provided by law, the proceeds of said sale to be applied as follows:

1.  First, payment of the costs of this action and for said sale, including the costs of the sale;

2.  Second, payment of any all taxes which may be due and owing on the subject property;

3.  Third, payment of the judgment to this Plaintiff; and

4.  Fourth, the remainder, if any, paid into the Court subject to the further order of this Court.

E.  Order that, from and after the sale and the confirmation of the sale of the subject property, and upon the failure of the persons entitled to redeem in accordance with the law, each and all Defendants, and all persons claiming under them, be barred and forever foreclosed from all right, title, interest or equity of redemption in, of or to all or any of the subject property;

F.  Order that, after confirmation of the sale of the subject property, the Sheriff of Shawnee County, Kansas, shall execute and deliver to purchaser at the sale a Certificate of Purchase containing the recitals required by law, at the period of redemption as set forth above, if any, if the subject property is not redeemed, the Sheriff of Shawnee County, Kansas, shall execute and deliver to the holder of the Certificate of Purchase, a good and sufficient Sheriff's Deed conveying the applicable tract of the subject property to the holder; and thereupon, right, title, and interest or lien of any Defendant and persons claiming by, through or under them be forever barred;

6

G.  Order that, upon praecipe of the holder of the Sheriff's Deed, the Clerk of the Court shall issue to the Sheriff of Shawnee County, Kansas, a Writ of Assistance directing the Sheriff to immediately place the holder of the Sheriff's Deed in possession of the tract of the subject property and improvements thereon;

H.  In the alternative, should the Court determine that said Mechanic's Lien is not eligible to be foreclosed, that the judgment be redeemed against all responsible parties for the indebtedness due to the Plaintiff; award the Plaintiff its costs of this action and order any other relief the Court deems just and equitable.

CAVANAUGH, BIGGS & LEMON, P.A.

By: __/s/James B. Biggs_____
        James B. Biggs – KS#14079; MO#46566
        2942A SW Wanamaker Drive
        Suite 100
        Topeka, KS 66614
        Ph. (785) 440-4000
        Fax (785) 440-3900
        Email: jbiggs@cavlem.com
ATTORNEYS FOR PLAINTIFF

## DEMAND FOR JURY TRIAL

Plaintiff requests trial by a jury on the above-entitled matter.

CAVANAUGH, BIGGS & LEMON, P.A.

By: __/s/James B. Biggs_____
        James B. Biggs – KS#14079; MO#46566
        2942A SW Wanamaker Drive
        Suite 100
        Topeka, KS 66614
        Ph. (785) 440-4000
        Fax (785) 440-3900
        Email: jbiggs@cavlem.com
ATTORNEYS FOR PLAINTIFF

ELECTRONICALLY FILED
2018 Sep 20 PM 3:02
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  2018-SL-000185

## MECHANICS LIEN STATEMENT OF
## CONTRACTOR OR SUBCONTRACTOR
## (K.S.A. §60-1101 ET. SEQ.)

1.  **AMOUNT OF CLAIM:**                                   **$2,544,538.12**

   **(Plus interest and attorney's fees K.S.A. §16-1803; §16-1804 and §16-1806)**
   (A reasonable statement of McElroy's claim is attached as Exhibit "A")

2.  **NAME OF REAL ESTATE OWNER:**          **Mars Wrigley**
                                                                    **Confectionery US, L.L.C.**

   **(Formally known as Mars Chocolate North America, LLC)**

3.  **NAME OF GENERAL CONTRACTOR:**      **McElroy's, Inc.**

4.  **NAME OF CLAIMANT:**                          **McElroy's, Inc.**

5.  **CLAIMENT/BUSINESS ADDRESS:**         **3310 SW Topeka Blvd.**
                                                                    **Topeka, KS 66611**

6.  **LEGAL DESCRIPTION OF PROPERTY:**

   **Lot 1, Block A, A Final Plat for Kanza Fire Commerce Park,**
   **Shawnee County, Kansas.**

   **(Commonly known as 100 Mars Blvd, Topeka, Shawnee County, Kansas)**

   The said **McElroy's, Inc.**, the Contractor and Claimant claims a lien upon the above described property/premises on account of the work performed by claimant and the materials provided by claimant as set forth in the reasonably itemized statement and/or information and statement of the amount due attached hereto, which was supplied/performed and/or furnished by said **McElroy's, Inc.**, the Contractor and was applied to and was used in the work performed on said property/premises under a contract/agreement with the **Owner Mars Wrigley Confectionery US, L.L.C. formerly known as Mars Chocolate North America, L.L.C.**

## Exhibit 1

The date upon which said work was last performed by the claimant was the 24th day of May, 2018, and the date upon which said materials were last furnished by claimant was the 24th day of May, 2018.

McELROY'S, INC.

**CLAIMANT'S SIGNATURE**

Subscribed and sworn to before me this 20th day of September, 2018.

Notary Public Clerk or Deputy Clerk

Yvonne Foelg
NOTARY PUBLIC
STATE OF KANSAS
MY APPT. EXP: 10-12-2021

2

9

**EXHIBIT "A"**

**REASONABLE STATEMENT OF AMOUNTS DUE**
**McELROY'S, INC.**

I.   **Contract**.    McElroy's, Inc. provided labor, materials, equipment, and
     paid subcontractors pursuant to a Time and Materials agreement (T&M)
     dated January 24th, 2018, with the Owner Mars Wrigley Confectionery
     US, L.L.C. formerly known as Mars Chocolate North America, L.L.C.
     (the "Owner" or "Mars Chocolate") for the Twix Line 3 Piping; Caramel
     and Dough Kitchen Insulation; Steam Pipe Floor Supports; Dextrose
     Compressed Air Piping; Chilled Water to Bulk Unloader System;
     Structural Supports; as well as extra or additional work at the Mars
     Chocolate North America, L.L.C. plant located at 100 Mars Blvd, Topeka,
     KS, 66619 (the "Project") per plans and specifications as provided by the
     Owner Mars Chocolate.  The Contract  - Time & Materials (T&M) -
     amount due was **$5,586,468.11**.

II.  **Payments:**    To date the Owner Mars Wrigley Confectionery US, L.L.C.
     formerly known as Mars Chocolate North America, L.L.C. has made
     payments on the contract in the amount of **$2,837,739.92**.

III. **Credits & Billing Corrections:**    McElroy's billing corrections and
     (net) credits total the amount of **<$204,190.07>** for the benefit of Mars
     Chocolate.

IV.  **Balance Due:** The current balance due to McElroy's, Inc. after payments
     by the Owner Mars Wrigley Confectionery US, L.L.C. formerly known as
     Mars Chocolate North America, L.L.C. and net credits issued by
     Claimant, plus billing corrections is the sum of **$2,544,538.12**.  Claimant
     is also owed interest; attorney's fees and costs on the sums due and owing
     pursuant to the Kansas Fairness in Private Construction Contract Act
     K.S.A. §16-1803(e); K.S.A. §16-1804(j) and K.S.A. §16-1806.

V.   **Exhibit "B" Attachments – Invoices:** The attachments filed with this
     mechanics lien are invoices and they are a reasonable statement or
     identification of the work performed and materials provided by
     McElroy's, Inc.  Additional backup and supporting documentation for this
     mechanics lien and claim by Claimant McElroy's, Inc. was provided to the
     Owner/Mars by electronic delivery on July 2nd, 2018; July 9th, 2018 and
     August 21st, 2018.

## EXHIBIT "B"
## INVOICES OF McELROY'S, INC.

| | | | |
|---|---|---|---|
| JC2267 | $848,020.10 | JC2268 | $ 1,472.10 |
| JC2269 | $ 9,611.40 | JC2270 | $ 99,338.80 |
| JC2271 | $ 11,575.55 | JC2272 | $ 3,179.66 |
| JC2273 | $ 59,388.64 | JC2274 | $ 36,872.37 |
| JC2275 | $ 1,818.61 | JC2276 | $ 84.66 |
| JC2277 | $ 11,883.90 | JC2278 | $ 8,181.91 |
| JC2279 | $ 9,353.22 | JC2280 | $ 2,312.10 |
| JC2281 | $ 425.21 | JC2282 | $ 47,530.41 |
| JC2283 | $ 37,619.51 | JC2284 | $ 40,966.11 |
| JC2285 | $ 33,601.17 | JC2286 | $ 17,837.85 |
| JC2314 | $357,691.79 | JC2315 | $ 122.98 |
| JC2316 | $ 9,023.76 | JC2317 | $ 76,965.36 |
| JC2318 | $ 8,705.82 | JC2319 | $ 1,244.09 |
| JC2320 | $ 318.06 | JC2321 | $ 226.14 |
| JC2322 | $ 1,054.18 | JC2323 | $ 21,268.89 |
| JC2324 | $ 5,729.59 | JC2331 | $ 8,826.68 |
| JC2332 | $ 7,852.82 | JC2333 | $ 3,690.61 |
| JC2334 | $ 12,277.49 | JC2335 | $ 9,298.65 |
| JC2336 | $923,382.24 | JC2337 | $ 71.57 |
| JC2338 | $ 182.31 | JC2339 | $ 9,682.94 |
| JC2340 | $ 884.98 | JC2341 | $ 26.86 |
| JC2342 | $ 6,366.21 | JC2343 | $ 113.89 |
| JC2344 | $ 12,223.08 | JC2345 | $ 7,353.09 |
| JC2346 | $ 1,067.92 | JC2347 | $ 307.47 |
| JC2348 | $ 1,672.26 | JC2349 | $ 9,231.06 |
| JC2424 | $ 36,109.23 | | |

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2267
ACCOUNT #: 0000517

# MCElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$848,020.10

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's     INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2267 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description     **8TH PARTIAL BILLING THROUGH 05.02.18 - TWIX LINE 3 PIPING**

## LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Project Manager | All | ALL | ST | 166.00 | $95.00 | $15,770.00 |
| Project Manager | All | ALL | OT | 15.00 | $125.00 | $1,875.00 |
| Dedicated Project Assistant | All | ALL | All | 25.00 | $60.00 | $1,500.00 |
| Apprentice | PL/PFS | Topeka | ST | 27.00 | $72.90 | $1,968.30 |
| Journeyman | PL/PFS | Topeka | ST | 2.50 | $83.60 | $209.00 |
| Foreman | PL/PFS | Topeka | ST | 3.25 | $86.45 | $280.96 |
| Superintendent | PL/PFS | Topeka | ST | 1.00 | $88.24 | $88.24 |
| Apprentice | PL/PFS | Topeka | OT | 4.00 | $94.04 | $376.16 |
| Apprentice | PL/PFF | Topeka | ST | 228.00 | $60.90 | $13,885.20 |
| Journeyman | PL/PFF | Topeka | ST | 1653.00 | $71.60 | $118,354.80 |
| Foreman | PL/PFF | Topeka | ST | 6.00 | $74.45 | $446.70 |
| Superintendent | PL/PFF | Topeka | ST | 135.00 | $76.24 | $10,292.40 |
| Apprentice | PL/PFF | Topeka | OT | 124.00 | $82.04 | $10,172.96 |
| Journeyman | PL/PFF | Topeka | OT | 965.75 | $96.47 | $93,165.90 |
| Foreman | PL/PFF | Topeka | OT | 21.00 | $100.71 | $2,114.91 |
| Superintendent | PL/PFF | Topeka | OT | 107.50 | $103.36 | $11,111.20 |
| Apprentice | PL/PFF | Topeka | DT | 40.00 | $103.17 | $4,126.80 |
| Journeyman | PL/PFF | Topeka | DT | 342.50 | $121.33 | $41,555.53 |
| Superintendent | PL/PFF | Topeka | DT | 39.50 | $130.48 | $5,153.96 |

| | |
|---|---|
| SUBTOTAL | $332,448.02 |
| PLUS 3% CONSUMABLES | $9,973.44 |
| **TOTAL LABOR** | **$342,421.46** |
| MATERIAL | $110,573.54 |
| PLUS 10% MARK-UP | $11,057.35 |
| **TOTAL MATERIAL** | **$121,630.89** |
| SUBCONTRACTORS | $293,409.81 |
| PLUS 10% MARK-UP | $29,340.98 |
| **TOTAL SUBCONTRACTORS** | **$322,750.79** |

*– 5 –*

12

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2267
ACCOUNT #: 0000517



MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$848,020.10

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# McElroy's  | INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2267 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description   **8TH PARTIAL BILLING THROUGH 05.02.18 - TWIX LINE 3 PIPING, CONT'D**

| | |
|---|---|
| OUTSIDE RENTALS | $23,370.18 |
| PLUS 12% MARK-UP | $2,804.42 |
| **TOTAL OUTSIDE RENTALS** | **$26,174.60** |
| | |
| COMPANY OWNED TRUCK & RENTALS | $43,802.94 |
| 80% OF 2017 MCAA | $35,042.35 |
| **TOTAL COMPANY OWNED TRUCK & RENTALS** | **$35,042.35** |

| | |
|---|---|
| SUBTOTAL: | **$848,020.10** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$848,020.10** |

— 6 —

13

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #:  JC2268
ACCOUNT #:  0000517

PO BOX 696517 ·
SAN ANTONIO, TX 78269

# McElroy's
### INC

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$1,472.10

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# McElroy's
### INC

# INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| **Invoice Date:** | 05.25.18 |
| **Invoice #:** | JC2268 |
| **Account #:** | 0000517 |
| **Purchase Order #:** | |
| **Job #:** | 18-0014-1 |
| **Terms:** | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

**Description**    3RD PARTIAL BILLING THROUGH 05.02.18 - FOTH  RE-FAB (FAB ERRORS WITH DRAWINGS)

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Apprentice | PL/PFF | Topeka | OT | 10.00 | $82.04 | $820.40 |
| Journeyman | PL/PFF | Topeka | OT | 6.00 | $96.47 | $578.82 |

| | |
|---|---|
| SUBTOTAL | $1,429.22 |
| PLUS 3% CONSUMABLES | $42.88 |
| **TOTAL LABOR** | **$1,472.10** |

| | |
|---|---|
| SUBTOTAL: | **$1,472.10** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$1,472.10** |

- 7 -

14

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #: JC2269
ACCOUNT #: 0000517

**McElroy's**

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROYS, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$9,611.40

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

---

**McElroy's**     **INVOICE**

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2269 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-4 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description   **3RD PARTIAL BILLING THROUGH 05.02.18 - SCOPE C HANGERS (FABRICATED HANGERS)**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFS | Topeka | ST | 18.00 | $83.60 | $1,504.80 |
| Foreman | PL/PFS | Topeka | ST | 8.00 | $86.45 | $691.60 |
| Superintendent | PL/PFS | Topeka | ST | 4.00 | $88.24 | $352.96 |

| | |
|---|---|
| SUBTOTAL | $2,579.36 |
| PLUS 3% CONSUMABLES | $77.38 |
| **TOTAL LABOR** | **$2,656.74** |

| | |
|---|---|
| MATERIAL | $6,322.42 |
| PLUS 10% MARK-UP | $632.24 |
| **TOTAL MATERIAL** | **$6,954.66** |

| | |
|---|---|
| SUBTOTAL: | **$9,611.40** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$9,611.40** |

— 8 —

15

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA        INVOICE #: JC2270
                                    ACCOUNT #: 0000517        **MCElroy's**
PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:                                          INVOICE AMOUNT:
MCELROY'S, INC                                      $99,338.80
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
|------------------|
| $                |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**          **INVOICE**

**Topeka 785.266.4870**                          Invoice Date:      05.25.18
**3310 SW Topeka Blvd**                            Invoice #:        JC2270
**Topeka, KS 66611**                              Account #:        0000517
**www.mcelroys.com**                        Purchase Order #:
                                                      Job #:        18-0014-5
                                                      Terms:        NET 30

BILL TO                                          JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA                     MARS

PO BOX 696517                                    1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                            TOPEKA, KS 66619

**Description**     **3RD PARTIAL BILLING THROUGH 05.02.18 - RACK UTILITIES TESTING FOR AIR & HYDRO**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Project Manager | All | ALL | OT | 43.00 | $125.00 | $5,375.00 |
| Project Manager | All | ALL | DT | 14.00 | $155.00 | $2,170.00 |
| Dedicated Project Assistant | All | ALL | All | 0.50 | $60.00 | $30.00 |
| Foreman | PL/PFS | Topeka | ST | 0.25 | $86.45 | $21.61 |
| Superintendent | PL/PFS | Topeka | OT | 1.00 | $115.36 | $115.36 |
| Journeyman | PL/PFF | Topeka | ST | 28.50 | $71.60 | $2,040.60 |
| Superintendent | PL/PFF | Topeka | ST | 2.00 | $76.24 | $152.48 |
| Apprentice | PL/PFF | Topeka | OT | 110.00 | $82.04 | $9,024.40 |
| Journeyman | PL/PFF | Topeka | OT | 425.50 | $96.47 | $41,047.99 |
| Foreman | PL/PFF | Topeka | OT | 33.00 | $100.71 | $3,323.43 |
| Superintendent | PL/PFF | Topeka | OT | 84.50 | $103.36 | $8,733.92 |
| Apprentice | PL/PFF | Topeka | DT | 20.00 | $103.17 | $2,063.40 |
| Journeyman | PL/PFF | Topeka | DT | 133.00 | $121.33 | $16,136.89 |
| Foreman | PL/PFF | Topeka | DT | 33.50 | $126.96 | $4,253.16 |
| Superintendent | PL/PFF | Topeka | DT | 15.00 | $130.48 | $1,957.20 |

                                    SUBTOTAL            $96,445.44
                            PLUS 3% CONSUMABLES          $2,893.36
                               **TOTAL LABOR**          **$99,338.80**

                                    SUBTOTAL:           **$99,338.80**
                                         TAX:
                                  AMOUNT PAID:
                                       TOTAL:           **$99,338.80**

— 9 —

16

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA                INVOICE #:  JC2271
                                            ACCOUNT #:  0000517

PO BOX 696517
SAN ANTONIO, TX 78269

**MCElroy's**

MAIL TO:                                     INVOICE AMOUNT:
MCELROY'S, INC                                  $11,575.55
PO BOX 5188
TOPEKA, KS 66611

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**                    **INVOICE**

**Topeka 785.266.4870**                                   Invoice Date:     05.25.18
**3310 SW Topeka Blvd**                                     Invoice #:       JC2271
**Topeka, KS 66611**                                        Account #:       0000517
**www.mcelroys.com**                                   Purchase Order #:
                                                              Job #:        18-0014-6
                                                              Terms:         NET 30

BILL TO                                       JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA                  MARS

PO BOX 696517                                 1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                         TOPEKA, KS 66619

Description    **3RD PARTIAL BILLING THROUGH 05.02.18 - SCOPE A TRACE WTR LINES ABSORBED FROM R&S**

| Description | Trade | Location | **LABOR** Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |

|  |  |
|---|---|
| SUBTOTAL | $30.00 |
| PLUS 3% CONSUMABLES | $0.90 |
| **TOTAL LABOR** | **$30.90** |
| MATERIAL | $10,495.14 |
| PLUS 10% MARK-UP | $1,049.51 |
| **TOTAL MATERIAL** | **$11,544.65** |

|  |  |
|---|---|
| SUBTOTAL | **$11,575.55** |
| TAX: |  |
| AMOUNT PAID: |  |
| TOTAL: | **$11,575.55** |

− 10 −

17

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA    INVOICE #:  JC2272
                                ACCOUNT #:  0000517

PO BOX 696517
SAN ANTONIO, TX 78269

*MCEIroy's*

MAIL TO:                                       INVOICE AMOUNT:
MCELROY'S, INC                                 $3,179.66
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

*MCEIroy's*          **INVOICE**

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

|  |  |
| --- | --- |
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2272 |
| Account #: | 0000517 |
| Purchase Order #: |  |
| Job #: | 18-0014-7 |
| Terms: | NET 30 |

BILL TO                                        JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA                   MARS

PO BOX 696517                                  1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                          TOPEKA, KS 66619

**Description**    **3RD PARTIAL BILLING THROUGH 05.02.18 - SCOPE C PIPING ALTERATIONS**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 15.00 | $71.60 | $1,074.00 |
| Superintendent | PL/PFF | Topeka | ST | 5.00 | $76.24 | $381.20 |
| Journeyman | PL/PFF | Topeka | OT | 3.00 | $96.47 | $289.41 |
| Superintendent | PL/PFF | Topeka | OT | 7.00 | $103.36 | $723.52 |

|  |  |
| --- | --- |
| SUBTOTAL | $2,498.13 |
| PLUS 3% CONSUMABLES | $74.94 |
| **TOTAL LABOR** | **$2,573.07** |

|  |  |
| --- | --- |
| MATERIAL | $551.44 |
| PLUS 10% MARK-UP | $55.14 |
| **TOTAL MATERIAL** | **$606.58** |

|  |  |
| --- | --- |
| SUBTOTAL: | **$3,179.66** |
| TAX: |  |
| AMOUNT PAID: |  |
| TOTAL: | **$3,179.66** |

— // —

18

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA  INVOICE #: JC2273
ACCOUNT #: 0000517

**MCElroy's** INC.

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$59,388.64

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's** INC.

## INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2273 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 16-0014-9 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description **3RD PARTIAL BILLING THROUGH 05.02.18 - SCOPE C TRACE WATER**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Apprentice | PL/PFF | Topeka | ST | 58.00 | $60.90 | $3,532.20 |
| Journeyman | PL/PFF | Topeka | ST | 188.00 | $71.60 | $13,460.80 |
| Apprentice | PL/PFF | Topeka | OT | 46.00 | $82.04 | $3,773.84 |
| Journeyman | PL/PFF | Topeka | OT | 141.50 | $96.47 | $13,650.51 |
| Journeyman | PL/PFF | Topeka | DT | 92.00 | $121.33 | $11,162.36 |
| Foreman | PL/PFF | Topeka | DT | 10.00 | $126.96 | $1,269.60 |

| | |
|---|---|
| SUBTOTAL | $46,879.31 |
| PLUS 3% CONSUMABLES | $1,406.38 |
| **TOTAL LABOR** | **$48,285.68** |
| MATERIAL | $10,093.60 |
| PLUS 10% MARK-UP | $1,009.36 |
| **TOTAL MATERIAL** | **$11,102.96** |

| | |
|---|---|
| SUBTOTAL: | **$59,388.64** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$59,388.64** |

$- 12 -$

19

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #: JC2274
ACCOUNT #: 0000517

## *McElroy's*

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$36,872.37

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## *McElroy's*        **INVOICE**

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| **Invoice Date:** | 05.25.18 |
| **Invoice #:** | JC2274 |
| **Account #:** | 0000517 |
| **Purchase Order #:** | |
| **Job #:** | 18-0014-10 |
| **Terms:** | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description    3RD PARTIAL BILLING THROUGH 05.02.18 - SCOPE B TRACE WATER/JUMPER HOSES

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 33.00 | $71.60 | $2,362.80 |
| Journeyman | PL/PFF | Topeka | OT | 27.00 | $96.47 | $2,604.69 |

| | |
|---|---|
| SUBTOTAL | $4,997.49 |
| PLUS 3% CONSUMABLES | $149.92 |
| **TOTAL LABOR** | **$5,147.41** |

| | |
|---|---|
| MATERIAL | $28,840.87 |
| PLUS 10% MARK-UP | $2,884.09 |
| **TOTAL MATERIAL** | **$31,724.96** |

| | |
|---|---|
| SUBTOTAL: | **$36,872.37** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$36,872.37** |

— 13 —

20

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA        INVOICE #: JC2275
                                    ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

## *MCElroy's*

MAIL TO:                                           INVOICE AMOUNT:
MCELROY'S, INC                                     $1,818.61
PO BOX 5188
TOPEKA, KS 66811

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## *MCElroy's*        INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
| --- | --- |
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2275 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-13 |
| Terms: | NET 30 |

BILL TO                                 JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA            MARS

PO BOX 696517                           1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                   TOPEKA, KS 66619

**Description**    **3RD PARTIAL BILLING THROUGH 05.02.18 - CASTOR SUGAR (EXTRA IN DOUGH KITCHEN)**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 4.00 | $71.60 | $286.40 |

| | |
| --- | --- |
| SUBTOTAL | $316.40 |
| PLUS 3% CONSUMABLES | $9.49 |
| TOTAL LABOR | $325.89 |

| | |
| --- | --- |
| MATERIAL | $1,357.02 |
| PLUS 10% MARK-UP | $135.70 |
| TOTAL MATERIAL | $1,492.72 |

| | |
| --- | --- |
| SUBTOTAL: | $1,818.61 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $1,818.61 |

— 14 —

21

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #: JC2276
ACCOUNT #: 0000517

**MCElroy's**

PO BOX 698517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$84.66

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**          **INVOICE**

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2276 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-14 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 698517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description   **2ND PARTIAL BILLING THROUGH 05.02.18 - DEXTROSE (EXTRA FROM JIM NEUMANN)**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |

| | |
|---|---|
| SUBTOTAL | $30.00 |
| PLUS 3% CONSUMABLES | $0.90 |
| TOTAL LABOR | $30.90 |

| | |
|---|---|
| MATERIAL | $48.87 |
| PLUS 10% MARK-UP | $4.89 |
| TOTAL MATERIAL | $53.76 |

| | |
|---|---|
| SUBTOTAL: | $84.66 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $84.66 |

— 15 —

22

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2277
ACCOUNT #: 0000517

# *MCElroy's*

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$11,883.90

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *MCElroy's*       INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2277 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-15 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description     **3RD PARTIAL BILLING THROUGH 05.02.18 - SCOPE D PIPING ALTERATIONS**

| Description | Trade | Location | LABOR Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Apprentice | PL/PFF | Topeka | ST | 7.00 | $60.90 | $426.30 |
| Journeyman | PL/PFF | Topeka | ST | 47.00 | $71.60 | $3,365.20 |
| Superintendent | PL/PFF | Topeka | ST | 23.00 | $76.24 | $1,753.52 |
| Apprentice | PL/PFF | Topeka | OT | 4.00 | $82.04 | $328.16 |
| Journeyman | PL/PFF | Topeka | OT | 12.00 | $96.47 | $1,157.64 |
| Superintendent | PL/PFF | Topeka | OT | 9.50 | $103.36 | $981.92 |

| | |
|---|---|
| SUBTOTAL | $8,042.74 |
| PLUS 3% CONSUMABLES | $241.28 |
| **TOTAL LABOR** | **$8,284.02** |
| MATERIAL | $3,272.62 |
| PLUS 10% MARK-UP | $327.26 |
| **TOTAL MATERIAL** | **$3,599.88** |

| | |
|---|---|
| SUBTOTAL: | **$11,883.90** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$11,883.90** |

— 16 —

23

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 698517
SAN ANTONIO, TX 78269

INVOICE #: JC2278
ACCOUNT #: 0000517

# McElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$8,181.91

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# McElroy's        INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2278 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-21 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 698517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description    **2ND PARTIAL BILLING THROUGH 05.02.18 - SCOPE E (EXTRA ABSORBED FROM AIS MILLRIGHTS/PIPING OF THE PUMPS IN TANKER BAY & CRC STORAGE TANK IN CHOCOLATE KITCHEN)**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Apprentice | PL/PFF | Topeka | ST | 14.00 | $60.90 | $852.60 |
| Journeyman | PL/PFF | Topeka | ST | 42.00 | $71.60 | $3,007.20 |
| Apprentice | PL/PFF | Topeka | OT | 2.00 | $82.04 | $164.08 |
| Journeyman | PL/PFF | Topeka | OT | 10.00 | $96.47 | $964.70 |

| | |
|---|---|
| SUBTOTAL | $5,018.58 |
| PLUS 3% CONSUMABLES | $150.56 |
| **TOTAL LABOR** | **$5,169.14** |
| MATERIAL | $2,738.88 |
| PLUS 10% MARK-UP | $273.89 |
| **TOTAL MATERIAL** | **$3,012.77** |

| | |
|---|---|
| SUBTOTAL: | **$8,181.91** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$8,181.91** |

— 17 —

24

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #: JC2279
ACCOUNT #: 0000517

**McElroy's**

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$9,353.22

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**McElroy's**          **INVOICE**

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
| --- | --- |
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2279 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-22 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description   **2ND PARTIAL BILLING THROUGH 05.02.18 - BARRIER CREAM**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Apprentice | PL/PFF | Topeka | ST | 24.00 | $60.90 | $1,461.60 |
| Journeyman | PL/PFF | Topeka | ST | 51.00 | $71.60 | $3,651.60 |
| Apprentice | PL/PFF | Topeka | OT | 6.00 | $82.04 | $492.24 |
| Journeyman | PL/PFF | Topeka | OT | 13.00 | $96.47 | $1,254.11 |

| | |
| --- | --- |
| SUBTOTAL | $6,889.55 |
| PLUS 3% CONSUMABLES | $206.69 |
| **TOTAL LABOR** | **$7,096.24** |
| MATERIAL | $2,051.80 |
| PLUS 10% MARK-UP | $205.18 |
| **TOTAL MATERIAL** | **$2,256.98** |

| | |
| --- | --- |
| SUBTOTAL: | **$9,353.22** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$9,353.22** |

— 18 —

25

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA   INVOICE #: JC2280
ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

# MCElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$2,312.10

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's

## INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2280 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-25 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description   2ND PARTIAL BILLING THROUGH 05.02.18 - FLOUR SILO AIR LINE (EXTRA FROM NEANDER)

| | | | **LABOR** | | | |
|---|---|---|---|---|---|---|
| Description | Trade | Location | Code | Hours | Rate | Total |
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |

| | |
|---|---|
| SUBTOTAL | $30.00 |
| PLUS 3% CONSUMABLES | $0.90 |
| **TOTAL LABOR** | **$30.90** |

| | |
|---|---|
| MATERIAL | $2,073.82 |
| PLUS 10% MARK-UP | $207.38 |
| **TOTAL MATERIAL** | **$2,281.20** |

| | |
|---|---|
| SUBTOTAL: | **$2,312.10** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$2,312.10** |

— 19 —

26

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA          INVOICE #: JC2281
                                      ACCOUNT #: 0000517          **MCElroy's**
PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:                                      INVOICE AMOUNT:
MCELROY'S, INC                                   $425.21
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**          # INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2281 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-26 |
| Terms: | NET 30 |

**BILL TO**                                      **JOB ADDRESS**

MARS CHOCOLATE NORTH AMERICA                     MARS

PO BOX 696517                                    1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                            TOPEKA, KS 66619

Description     **2ND PARTIAL BILLING THROUGH 05.02.18 - K10 JACKETED PIPING (EXTRA FROM TOM LEHMAN)**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |

| | |
|---|---|
| SUBTOTAL | $30.00 |
| PLUS 3% CONSUMABLES | $0.90 |
| **TOTAL LABOR** | **$30.90** |

| | |
|---|---|
| MATERIAL | $358.46 |
| PLUS 10% MARK-UP | $35.85 |
| **TOTAL MATERIAL** | **$394.31** |

| | |
|---|---|
| SUBTOTAL: | **$425.21** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$425.21** |

– 20 –

27

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #: JC2282
ACCOUNT #: 0000517

# MCElroy's

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$47,530.41

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's

## INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2282 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description    **3RD PARTIAL BILLING THROUGH 05.02.18 - SOBATECH**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 148.00 | $71.60 | $10,596.80 |
| Apprentice | PL/PFF | Topeka | OT | 5.00 | $82.04 | $410.20 |
| Journeyman | PL/PFF | Topeka | OT | 65.50 | $96.47 | $6,318.79 |
| Journeyman | PL/PFF | Topeka | Dt | 8.00 | $121.33 | $970.64 |

| | |
|---|---|
| SUBTOTAL | $18,326.43 |
| PLUS 3% CONSUMABLES | $549.79 |
| TOTAL LABOR | $18,876.22 |
| MATERIAL | $26,049.27 |
| PLUS 10% MARK-UP | $2,604.93 |
| TOTAL MATERIAL | $28,654.20 |

| | |
|---|---|
| SUBTOTAL: | $47,530.41 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $47,530.41 |

— 21 —

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #: JC2283
ACCOUNT #: 0000517

# *McElroy's* INC.

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$37,619.51

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *McElroy's* INC.

## INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
| --- | --- |
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2283 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028-1 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description   **3RD PARTIAL BILLING THROUGH 05.02.18 - SOBATECH PLUMBING**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dedicated Project-Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 215.00 | $71.60 | $15,394.00 |
| Foreman | PL/PFF | Topeka | ST | 2.00 | $74.45 | $148.90 |
| Journeyman | PL/PFF | Topeka | OT | 128.50 | $96.47 | $12,396.40 |
| Foreman | PL/PFF | Topeka | OT | 7.00 | $100.71 | $704.97 |
| Journeyman | PL/PFF | Topeka | DT | 52.00 | $121.33 | $6,309.16 |
| Foreman | PL/PFF | Topeka | DT | 10.00 | $126.96 | $1,269.60 |

| | |
| --- | --- |
| SUBTOTAL | $36,253.03 |
| PLUS 3% CONSUMABLES | $1,087.59 |
| **TOTAL LABOR** | **$37,340.62** |

| | |
| --- | --- |
| MATERIAL | $253.54 |
| PLUS 10% MARK-UP | $25.35 |
| **TOTAL MATERIAL** | **$278.89** |

| | |
| --- | --- |
| SUBTOTAL: | **$37,619.51** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$37,619.51** |

– 22 –

29

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA        INVOICE #: JC2284
                                    ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

# MCElroy's

MAIL TO:                                        INVOICE AMOUNT:
MCELROY'S, INC                                  $40,966.11
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's          INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
| --- | --- |
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2284 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0029 |
| Terms: | NET 30 |

**BILL TO**                                   **JOB ADDRESS**

MARS CHOCOLATE NORTH AMERICA                  MARS

PO BOX 696517                                 1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                         TOPEKA, KS 66619

Description     **3RD PARTIAL BILLING THROUGH 05.02.18 - ORANGEWORKS**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Apprentice | PL/PFS | Topeka | ST | 3.00 | $72.90 | $218.70 |
| Apprentice | PL/PFF | Topeka | ST | 26.00 | $60.90 | $1,583.40 |
| Journeyman | PL/PFF | Topeka | ST | 180.00 | $71.60 | $12,888.00 |
| Foreman | PL/PFF | Topeka | ST | 35.00 | $74.45 | $2,605.75 |
| Apprentice | PL/PFF | Topeka | OT | 9.00 | $82.04 | $738.36 |
| Journeyman | PL/PFF | Topeka | OT | 108.00 | $96.47 | $10,418.76 |
| Foreman | PL/PFF | Topeka | OT | 24.50 | $100.71 | $2,467.40 |
| Journeyman | PL/PFF | Topeka | DT | 20.00 | $121.33 | $2,426.60 |

| | |
| --- | --- |
| SUBTOTAL | $33,376.97 |
| PLUS 3% CONSUMABLES | $1,001.31 |
| **TOTAL LABOR** | **$34,378.27** |

| | |
| --- | --- |
| MATERIAL | $5,988.94 |
| PLUS 10% MARK-UP | $598.89 |
| **TOTAL MATERIAL** | **$6,587.83** |

| | |
| --- | --- |
| SUBTOTAL: | **$40,966.11** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$40,966.11** |

*— 23 —*

30

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA  INVOICE #: JC2285
        ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

## *MCElroy's*

MAIL TO:         INVOICE AMOUNT:
MCELROY'S, INC        $33,601.17
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## *MCElroy's*  **INVOICE**

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
| --- | --- |
| **Invoice Date:** | 05.25.18 |
| **Invoice #:** | JC2285 |
| **Account #:** | 0000517 |
| **Purchase Order #:** | |
| **Job #:** | 18-0029-1 |
| **Terms:** | NET 30 |

**BILL TO**         **JOB ADDRESS**

MARS CHOCOLATE NORTH AMERICA    MARS

PO BOX 696517        1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269     TOPEKA, KS 66619

**Description**  **3RD PARTIAL BILLING THROUGH 05.02.18 - ORANGEWORKS PLUMBING**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 216.00 | $71.60 | $15,465.60 |
| Journeyman | PL/PFF | Topeka | OT | 106.50 | $96.47 | $10,274.06 |
| Journeyman | PL/PFF | Topeka | DT | 24.00 | $121.33 | $2,911.92 |

| | |
| --- | --- |
| SUBTOTAL | $28,681.58 |
| PLUS 3% CONSUMABLES | $860.45 |
| **TOTAL LABOR** | **$29,542.02** |
| | |
| MATERIAL | $3,690.13 |
| PLUS 10% MARK-UP | $369.01 |
| **TOTAL MATERIAL** | **$4,059.14** |

| | |
| --- | --- |
| SUBTOTAL: | $33,601.17 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $33,601.17 |

*— 24 —*

31

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2286
ACCOUNT #: 0000517

# MCElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$17,837.85

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's

## INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 05.25.18 |
| Invoice #: | JC2286 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0029-2 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description   **3RD PARTIAL BILLING THROUGH 05.02.18 - ORANGEWORKS CHOCOLATE**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFS | Topeka | ST | 2.50 | $83.60 | $209.00 |
| Foreman | PL/PFS | Topeka | ST | 1.25 | $86.45 | $108.06 |
| Journeyman | PL/PFF | Topeka | ST | 71.00 | $71.60 | $5,083.60 |
| Foreman | PL/PFF | Topeka | ST | 5.00 | $74.45 | $372.25 |
| Journeyman | PL/PFF | Topeka | OT | 26.00 | $96.47 | $2,508.22 |
| Foreman | PL/PFF | Topeka | OT | 3.50 | $100.71 | $352.49 |

| | |
|---|---|
| SUBTOTAL | $8,663.62 |
| PLUS 3% CONSUMABLES | $259.91 |
| **TOTAL LABOR** | **$8,923.53** |

| | |
|---|---|
| MATERIAL | $8,103.93 |
| PLUS 10% MARK-UP | $810.39 |
| **TOTAL MATERIAL** | **$8,914.32** |

| | |
|---|---|
| SUBTOTAL: | $17,837.85 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $17,837.85 |

– 25 –

32

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2314
ACCOUNT #: 0000517

# MCElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$357,691.79

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

## INVOICE

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2314 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

**Description**      **9TH PARTIAL BILLING THROUGH 05.17.18 - TWIX LINE 3 PIPING**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Project Manager | All | ALL | ST | 172.00 | $95.00 | $16,340.00 |
| Project Manager | All | ALL | OT | 24.00 | $125.00 | $3,000.00 |
| Project Manager | All | ALL | DT | 11.00 | $155.00 | $1,705.00 |
| Dedicated Project Assistant | All | ALL | All | 33.00 | $60.00 | $1,980.00 |
| Apprentice | PL/PFS | Topeka | ST | 20.50 | $72.90 | $1,494.45 |
| Apprentice | PL/PFS | Topeka | OT | 1.00 | $94.04 | $94.04 |
| Apprentice | PL/PFF | Topeka | ST | 292.00 | $60.90 | $17,782.80 |
| Journeyman | PL/PFF | Topeka | ST | 1196.50 | $71.60 | $85,669.40 |
| Superintendent | PL/PFF | Topeka | ST | 106.00 | $76.24 | $8,081.44 |
| Apprentice | PL/PFF | Topeka | OT | 114.50 | $82.04 | $9,393.58 |
| Journeyman | PL/PFF | Topeka | OT | 513.00 | $96.47 | $49,489.11 |
| Superintendent | PL/PFF | Topeka | OT | 65.00 | $103.36 | $6,718.40 |
| Apprentice | PL/PFF | Topeka | DT | 18.00 | $103.17 | $1,857.06 |
| Journeyman | PL/PFF | Topeka | DT | 105.00 | $121.33 | $12,739.65 |
| Superintendent | PL/PFF | Topeka | DT | 15.50 | $130.48 | $2,022.44 |

| | |
|---|---|
| SUBTOTAL | $218,367.37 |
| PLUS 3% CONSUMABLES | $6,551.02 |
| **TOTAL LABOR** | **$224,918.39** |
| MATERIAL | $25,470.13 |
| PLUS 10% MARK-UP | $2,547.01 |
| **TOTAL MATERIAL** | **$28,017.14** |
| SUBCONTRACTORS | $60,737.03 |
| PLUS 10% MARK-UP | $6,073.70 |
| **TOTAL SUBCONTRACTORS** | **$66,810.73** |
| OUTSIDE RENTALS | $2,592.12 |
| PLUS 12% MARK-UP | $311.05 |
| **TOTAL OUTSIDE RENTALS** | **$2,903.17** |

— 26 —

33

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #:  JC2314
ACCOUNT #:  0000517

# *McElroy's*
INC.

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$357,691.79

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *McElroy's*
INC.

# INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2314 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description **9TH PARTIAL BILLING THROUGH 05.17.18 - TWIX LINE 3 PIPING, CONT'D**

| | |
|---|---|
| COMPANY OWNED TRUCK & RENTALS | $43,802.94 |
| 80% OF 2017 MCAA | $35,042.35 |
| **TOTAL COMPANY OWNED TRUCK & RENTALS** | **$35,042.35** |

| | |
|---|---|
| SUBTOTAL: | **$357,691.79** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$357,691.79** |

– 27 –

34

Page 2 of 2

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2315
ACCOUNT #: 0000517

**MCElroy's** INC

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$122.98

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's** INC          **INVOICE**

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2315 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-4 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description   **4TH PARTIAL BILLING THROUGH 05.17.18 - SCOPE C HANGERS (FABRICATED HANGERS)**

| Description | Trade | Location | LABOR Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |

| | |
|---|---|
| SUBTOTAL | $30.00 |
| PLUS 3% CONSUMABLES | $0.90 |
| **TOTAL LABOR** | **$30.90** |
| MATERIAL | $83.71 |
| PLUS 10% MARK-UP | $8.37 |
| **TOTAL MATERIAL** | **$92.08** |

| | |
|---|---|
| SUBTOTAL: | $122.98 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $122.98 |

_- 28 -_

35

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA     INVOICE #: JC2316
                    ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

# *MCElroy's* INC

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$9,023.76

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *MCElroy's* INC

## INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| **Invoice Date:** | 06.20.18 |
| **Invoice #:** | JC2316 |
| **Account #:** | 0000517 |
| **Purchase Order #:** | |
| **Job #:** | 18-0014-5 |
| **Terms:** | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

**Description**     **4TH PARTIAL BILLING THROUGH 05.17.18 - RACK UTILITIES TESTING FOR AIR & HYDRO**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Project Manager | All | ALL | OT | 10.50 | $125.00 | $1,312.50 |
| Dedicated Project Assistant | All | ALL | All | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | OT | 28.50 | $96.47 | $2,749.40 |
| Apprentice | PL/PFF | Topeka | DT | 7.50 | $103.17 | $773.78 |
| Journeyman | PL/PFF | Topeka | DT | 31.50 | $121.33 | $3,821.90 |

| | |
|---|---|
| SUBTOTAL | $8,687.57 |
| PLUS 3% CONSUMABLES | $260.63 |
| **TOTAL LABOR** | **$8,948.19** |

| | |
|---|---|
| MATERIAL | $68.70 |
| PLUS 10% MARK-UP | $6.87 |
| **TOTAL MATERIAL** | **$75.57** |

| | |
|---|---|
| SUBTOTAL: | $9,023.76 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $9,023.76 |

— 29 —

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA        INVOICE #:  JC2317
                                    ACCOUNT #:  0000517          **MCElroy's**

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:                                      INVOICE AMOUNT:
MCELROY'S, INC                                $76,965.36
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**          **INVOICE**

Topeka 785.266.4870                          Invoice Date:      06.20.18
3310 SW Topeka Blvd                          Invoice #:         JC2317
Topeka, KS 66611                             Account #:         0000517
www.mcelroys.com                             Purchase Order #:
                                             Job #:             18-0014-9
                                             Terms:             NET 30

BILL TO                              JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA         MARS

PO BOX 696517                        1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                TOPEKA, KS 66619

Description        **4TH PARTIAL BILLING THROUGH 05.17.18 - SCOPE C TRACE WATER**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Apprentice | PL/PFS | Topeka | ST | 4.00 | $72.90 | $291.60 |
| Apprentice | PL/PFF | Topeka | ST | 32.00 | $60.90 | $1,948.80 |
| Journeyman | PL/PFF | Topeka | ST | 504.50 | $71.60 | $36,122.20 |
| Apprentice | PL/PFF | Topeka | OT | 21.00 | $82.04 | $1,722.84 |
| Journeyman | PL/PFF | Topeka | OT | 253.50 | $96.47 | $24,455.15 |
| Apprentice | PL/PFF | Topeka | DT | 5.00 | $103.17 | $515.85 |
| Journeyman | PL/PFF | Topeka | DT | 78.00 | $121.33 | $9,463.74 |

|  | SUBTOTAL | $74,550.18 |
| --- | --- | --- |
|  | PLUS 3% CONSUMABLES | $2,236.51 |
|  | **TOTAL LABOR** | **$76,786.69** |

|  | MATERIAL | $162.44 |
| --- | --- | --- |
|  | PLUS 10% MARK-UP | $16.24 |
|  | **TOTAL MATERIAL** | **$178.68** |

|  | SUBTOTAL: | **$76,965.36** |
| --- | --- | --- |
|  | TAX: |  |
|  | AMOUNT PAID: |  |
|  | TOTAL: | **$76,965.36** |

— 30 —

37

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2318
ACCOUNT #: 0000517

# MCElroy's INC

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$8,705.82

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's INC

## INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2318 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-10 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

**Description**   **4TH PARTIAL BILLING THROUGH 05.17.18 - SCOPE B TRACE WATER/JUMPER HOSES**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 67.00 | $71.60 | $4,797.20 |
| Journeyman | PL/PFF | Topeka | OT | 25.00 | $96.47 | $2,411.75 |
| Journeyman | PL/PFF | Topeka | DT | 10.00 | $121.33 | $1,213.30 |

| | |
|---|---|
| SUBTOTAL | $8,452.25 |
| PLUS 3% CONSUMABLES | $253.57 |
| TOTAL LABOR | $8,705.82 |

| | |
|---|---|
| SUBTOTAL: | $8,705.82 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $8,705.82 |

— 31 —

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA          INVOICE #: JC2319
                                      ACCOUNT #: 0000517          **MCElroy's**

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:                                          INVOICE AMOUNT:
MCELROY'S, INC                                       $1,244.09
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**                    **INVOICE**

Topeka 785.266.4870
3310 SW Topeka Blvd                      Invoice Date:      06.20.18
Topeka, KS 66611                         Invoice #:         JC2319
www.mcelroys.com                         Account #:         0000517
                                         Purchase Order #:
                                         Job #:             18-0014-15
                                         Terms:             NET 30

BILL TO                                  JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA             MARS

PO BOX 696517                            1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                    TOPEKA, KS 66619

Description     **4TH PARTIAL BILLING THROUGH 05.17.18 - SCOPE D PIPING ALTERATIONS**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 2.00 | $71.60 | $143.20 |
| Superintendent | PL/PFF | Topeka | ST | 2.00 | $76.24 | $152.48 |
| Journeyman | PL/PFF | Topeka | OT | 1.00 | $96.47 | $96.47 |
| Superintendent | PL/PFF | Topeka | OT | 1.50 | $103.36 | $155.04 |

|  |  |
|---|---|
| SUBTOTAL | $577.19 |
| PLUS 3% CONSUMABLES | $17.32 |
| **TOTAL LABOR** | **$594.51** |

|  |  |
|---|---|
| MATERIAL | $590.53 |
| PLUS 10% MARK-UP | $59.05 |
| **TOTAL MATERIAL** | **$649.58** |

|  |  |
|---|---|
| SUBTOTAL: | **$1,244.09** |
| TAX: |  |
| AMOUNT PAID: |  |
| TOTAL: | **$1,244.09** |

*– 32 –*

39

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA          INVOICE #: JC2320
                                      ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269



MAIL TO:                                      INVOICE AMOUNT:
MCELROY'S, INC                                    $318.06
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's          INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2320 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-21 |
| Terms: | NET 30 |

BILL TO                                      JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA                 MARS

PO BOX 696517                                1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                        TOPEKA, KS 66619

Description    **3RD PARTIAL BILLING THROUGH 05.17.18 - SCOPE E (EXTRA ABSORBED FROM AIS**
               **MILLRIGHTS/PIPING OF THE PUMPS IN TANKER BAY & CRC STORAGE TANK IN CHOCOLATE KITCHEN)**

|  |  |  | LABOR |  |  |  |
| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |

|  |  |
|---|---|
| SUBTOTAL | $30.00 |
| PLUS 3% CONSUMABLES | $0.90 |
| **TOTAL LABOR** | **$30.90** |

|  |  |
|---|---|
| MATERIAL | $261.05 |
| PLUS 10% MARK-UP | $26.11 |
| **TOTAL MATERIAL** | **$287.16** |

|  |  |
|---|---|
| SUBTOTAL: | **$318.06** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$318.06** |

— 33 —

40

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2321
ACCOUNT #: 0000517

*McElroy's*
INC

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$226.14

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

*McElroy's*
INC

# INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2321 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-22 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description  **3RD PARTIAL BILLING THROUGH 05.17.18 - BARRIER CREAM**

| Description | Trade | Location | LABOR Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |

| | |
|---|---|
| SUBTOTAL | $30.00 |
| PLUS 3% CONSUMABLES | $0.90 |
| **TOTAL LABOR** | **$30.90** |
| MATERIAL | $177.49 |
| PLUS 10% MARK-UP | $17.75 |
| **TOTAL MATERIAL** | **$195.24** |

| | |
|---|---|
| SUBTOTAL: | **$226.14** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$226.14** |

— 34 —

41

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 698517
SAN ANTONIO, TX 78269

INVOICE #: JC2322
ACCOUNT #: 0000517

## *MCElroy's*

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$1,054.18

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## *MCElroy's*

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

# INVOICE

| | |
| --- | --- |
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2322 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-26 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description   3RD PARTIAL BILLING THROUGH 05.17.18 - K10 JACKETED PIPING (EXTRA FROM TOM LEHMAN)

| | | | LABOR | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Description | Trade | Location | Code | Hours | Rate | Total |
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |

| | |
| --- | --- |
| SUBTOTAL | $30.00 |
| PLUS 3% CONSUMABLES | $0.90 |
| **TOTAL LABOR** | **$30.90** |
| MATERIAL | $930.25 |
| PLUS 10% MARK-UP | $93.03 |
| **TOTAL MATERIAL** | **$1,023.28** |

| | |
| --- | --- |
| SUBTOTAL: | **$1,054.18** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$1,054.18** |

— 35 —

42

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #: JC2323
ACCOUNT #: 0000517

**MCElroy's**

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$21,268.89

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**

**INVOICE**

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2323 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description    **4TH PARTIAL BILLING THROUGH 05.17.18 - SOBATECH**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Apprentice | PL/PFF | Topeka | ST | 0.50 | $72.90 | $36.45 |
| Journeyman | PL/PFF | Topeka | ST | 26.00 | $71.60 | $1,861.60 |
| Journeyman | PL/PFF | Topeka | OT | 10.00 | $96.47 | $964.70 |

| | |
|---|---|
| SUBTOTAL | $2,892.75 |
| PLUS 3% CONSUMABLES | $86.78 |
| **TOTAL LABOR** | **$2,979.53** |

| | |
|---|---|
| MATERIAL | $16,626.69 |
| PLUS 10% MARK-UP | $1,662.67 |
| **TOTAL MATERIAL** | **$18,289.36** |

| | |
|---|---|
| SUBTOTAL: | **$21,268.89** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$21,268.89** |

— 36 —

43

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA          INVOICE #: JC2324
                                      ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269



MAIL TO:                              INVOICE AMOUNT:
MCELROY'S, INC                       $5,729.59
PO BOX 5188
TOPEKA, KS 66611

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's          # INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2324 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028-1 |
| Terms: | NET 30 |

**BILL TO**                          **JOB ADDRESS**

MARS CHOCOLATE NORTH AMERICA          MARS

PO BOX 696517                         1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                 TOPEKA, KS 66619

**Description**   **4TH PARTIAL BILLING THROUGH 05.17.18 - SOBATECH PLUMBING**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 48.00 | $71.60 | $3,436.80 |
| Journeyman | PL/PFF | Topeka | OT | 16.00 | $96.47 | $1,543.52 |

| | |
|---|---|
| SUBTOTAL | $5,010.32 |
| PLUS 3% CONSUMABLES | $150.31 |
| **TOTAL LABOR** | **$5,160.63** |

| | |
|---|---|
| MATERIAL | $517.24 |
| PLUS 10% MARK-UP | $51.72 |
| **TOTAL MATERIAL** | **$568.96** |

| | |
|---|---|
| SUBTOTAL: | **$5,729.59** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$5,729.59** |

— 37 —

44

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2331
ACCOUNT #: 0000517

## MCElroy's INC

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$8,826.68

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## MCElroy's INC    INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2331 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0029 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

**Description**   3RD PARTIAL BILLING THROUGH 05.17.18 - ORANGEWORKS

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 16.00 | $71.60 | $1,145.60 |
| Journeyman | PL/PFF | Topeka | OT | 15.00 | $96.47 | $1,447.05 |
| Journeyman | PL/PFF | Topeka | DT | 10.00 | $121.33 | $1,213.30 |

| | |
|---|---|
| SUBTOTAL | $3,835.95 |
| PLUS 3% CONSUMABLES | $115.08 |
| **TOTAL LABOR** | **$3,951.03** |

| | |
|---|---|
| MATERIAL | $4,432.41 |
| PLUS 10% MARK-UP | $443.24 |
| **TOTAL MATERIAL** | **$4,875.65** |

| | |
|---|---|
| SUBTOTAL: | **$8,826.68** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$8,826.68** |

— 38 —

45

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA   INVOICE #:  JC2332
ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

**MCElroy's**

MAIL TO:                                    INVOICE AMOUNT:
MCELROY'S, INC                              $7,852.82
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**                    **INVOICE**

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

|  |  |
| --- | --- |
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2332 |
| Account #: | 0000517 |
| Purchase Order #: |  |
| Job #: | 18-0029-1 |
| Terms: | NET 30 |

**BILL TO**                                    **JOB ADDRESS**

MARS CHOCOLATE NORTH AMERICA                   MARS

PO BOX 696517                                  1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                          TOPEKA, KS 66619

Description    3RD PARTIAL BILLING THROUGH 05.17.18 - ORANGEWORKS PLUMBING

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 40.00 | $71.60 | $2,864.00 |
| Journeyman | PL/PFF | Topeka | OT | 15.50 | $96.47 | $1,495.29 |

|  |  |
| --- | --- |
| SUBTOTAL | $4,389.29 |
| PLUS 3% CONSUMABLES | $131.68 |
| **TOTAL LABOR** | **$4,520.96** |

|  |  |
| --- | --- |
| MATERIAL | $3,028.96 |
| PLUS 10% MARK-UP | $302.90 |
| **TOTAL MATERIAL** | **$3,331.86** |

|  |  |
| --- | --- |
| SUBTOTAL: | **$7,852.82** |
| TAX: |  |
| AMOUNT PAID: |  |
| TOTAL: | **$7,852.82** |

— 39 —

46

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA          INVOICE #: JC2333
                                      ACCOUNT #: 0000517          **MCElroy's**
PO BOX 696517                                                          INC
SAN ANTONIO, TX 78269

MAIL TO:                                          INVOICE AMOUNT:
MCELROY'S, INC                                        $3,690.61
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**        **INVOICE**
      INC

Topeka 785.266.4870                              Invoice Date:    06.20.18
3310 SW Topeka Blvd                              Invoice #:       JC2333
Topeka, KS 66611                                 Account #:       0000517
www.mcelroys.com                                 Purchase Order #:
                                                 Job #:           18-0029-2
                                                 Terms:           NET 30

BILL TO                          JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA     MARS

PO BOX 696517                    1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269            TOPEKA, KS 66619

Description    **3RD PARTIAL BILLING THROUGH 05.17.18 - ORANGEWORKS CHOCOLATE**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | ALL | ALL | ST | 0.50 | $60.00 | $30.00 |

|  |  |
|---|---|
| SUBTOTAL | $30.00 |
| PLUS 3% CONSUMABLES | $0.90 |
| **TOTAL LABOR** | **$30.90** |

|  |  |
|---|---|
| MATERIAL | $3,327.01 |
| PLUS 10% MARK-UP | $332.70 |
| **TOTAL MATERIAL** | **$3,659.71** |

|  |  |
|---|---|
| SUBTOTAL: | **$3,690.61** |
| TAX: |  |
| AMOUNT PAID: |  |
| TOTAL: | **$3,690.61** |

— 40 —

47

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA     INVOICE #: JC2334
                     ACCOUNT #: 0000517

PO BOX 698517
SAN ANTONIO, TX 78269

# MCElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$12,277.49

AMOUNT ENCLOSED:

$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's

## INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2334 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028-2 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 698517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

**Description**    **1ST PARTIAL BILLING THROUGH 05.17.18 - SOBATECH WASTE & VENT**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 80.00 | $71.60 | $5,728.00 |
| Journeyman | PL/PFF | Topeka | OT | 51.00 | $96.47 | $4,919.97 |
| Journeyman | PL/PFF | Topeka | DT | 10.00 | $121.33 | $1,213.30 |

| | |
|---|---|
| SUBTOTAL | $11,891.27 |
| PLUS 3% CONSUMABLES | $356.74 |
| **TOTAL LABOR** | **$12,248.01** |

| | |
|---|---|
| MATERIAL | $26.80 |
| PLUS 10% MARK-UP | $2.68 |
| **TOTAL MATERIAL** | **$29.48** |

| | |
|---|---|
| SUBTOTAL: | **$12,277.49** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$12,277.49** |

_– 41 –_

48

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2335
ACCOUNT #: 0000517

## *MCElroy's*

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$9,298.65

AMOUNT ENCLOSED:

$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## *MCElroy's*           INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2335 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028-3 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66819

Description   **1ST PARTIAL BILLING THROUGH 05.17.18 – SOBATECH FIXTURES**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Dedicated Project Assistant | All | ALL | ST | 0.50 | $60.00 | $30.00 |
| Journeyman | PL/PFF | Topeka | ST | 61.00 | $71.60 | $4,367.60 |
| Journeyman | PL/PFF | Topeka | OT | 44.00 | $96.47 | $4,244.68 |

| | |
|---|---|
| SUBTOTAL | $8,642.28 |
| PLUS 3% CONSUMABLES | $259.27 |
| **TOTAL LABOR** | **$8,901.55** |

| | |
|---|---|
| MATERIAL | $361.00 |
| PLUS 10% MARK-UP | $36.10 |
| **TOTAL MATERIAL** | **$397.10** |

| | |
|---|---|
| SUBTOTAL: | **$9,298.65** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$9,298.65** |

– 42 –

49

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA          INVOICE #: JC2336
                                      ACCOUNT #: 0000517
PO BOX 696517
SAN ANTONIO, TX 78269

## MCElroy's INC

MAIL TO:                              INVOICE AMOUNT:
MCELROY'S, INC                        $923,382.24
PO BOX 5188
TOPEKA, KS 66611

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## MCElroy's          INVOICE

Topeka 785.266.4870                          Invoice Date:    06.20.18
3310 SW Topeka Blvd                          Invoice #:       JC2336
Topeka, KS 66611                             Account #:       0000517
www.mcelroys.com                             Purchase Order #:
                                             Job #:           18-0014
                                             Terms:           NET 30

BILL TO                                      JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA                 MARS

PO BOX 696517                                1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                        TOPEKA, KS 66619

**Description**    10TH PARTIAL BILLING THROUGH 06.08.18 - TWIX LINE 3 PIPING

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Project Manager | All | ALL | ST | 71.00 | $95.00 | $6,745.00 |
| Dedicated Project Assistant | All | ALL | All | 20.00 | $60.00 | $1,200.00 |
| Apprentice | PL/PFS | Topeka | ST | 68.50 | $72.90 | $4,993.65 |
| Journeyman | PL/PFS | Topeka | ST | 58.00 | $83.60 | $4,848.80 |
| Foreman | PL/PFS | Topeka | ST | 33.00 | $86.45 | $2,852.85 |
| Superintendent | PL/PFS | Topeka | ST | 41.00 | $88.24 | $3,617.84 |
| Apprentice | PL/PFS | Topeka | OT | 16.50 | $94.04 | $1,551.66 |
| Journeyman | PL/PFS | Topeka | OT | 8.00 | $108.47 | $867.76 |
| Foreman | PL/PFS | Topeka | OT | 7.00 | $112.71 | $788.97 |
| Superintendent | PL/PFS | Topeka | OT | 12.00 | $115.36 | $1,384.32 |
| Apprentice | PL/PFF | Topeka | ST | 80.00 | $60.90 | $4,872.00 |
| Journeyman | PL/PFF | Topeka | ST | 707.50 | $71.60 | $50,657.00 |
| Foreman | PL/PFF | Topeka | ST | 32.00 | $74.45 | $2,382.40 |
| Superintendent | PL/PFF | Topeka | ST | 69.00 | $76.24 | $5,260.56 |
| Apprentice | PL/PFF | Topeka | OT | 27.00 | $82.04 | $2,215.08 |
| Journeyman | PL/PFF | Topeka | OT | 253.50 | $96.47 | $24,455.15 |
| Foreman | PL/PFF | Topeka | OT | 9.00 | $100.71 | $906.39 |
| Superintendent | PL/PFF | Topeka | OT | 21.00 | $103.36 | $2,170.56 |
| Journeyman | PL/PFF | Topeka | DT | 30.00 | $121.33 | $3,639.90 |

| | | |
|---|---|---|
| SUBTOTAL | | $125,409.89 |
| PLUS 3% CONSUMABLES | | $3,762.30 |
| **TOTAL LABOR** | | **$129,172.18** |
| | | |
| MATERIAL | | $22,507.32 |
| PLUS 10% MARK-UP | | $2,250.73 |
| **TOTAL MATERIAL** | | **$24,758.05** |
| | | |
| SUBCONTRACTORS | | $644,763.08 |
| PLUS 10% MARK-UP | | $64,478.31 |
| **TOTAL SUBCONTRACTORS** | | **$709,239.39** |

— 43 —

50

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2336
ACCOUNT #: 0000517

# *MCElroy's*
INC

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$923,382.24

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *MCElroy's*
INC

# INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2336 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description | **10TH PARTIAL BILLING THROUGH 06.08.18 - TWIX LINE 3 PIPING, CONT'D**

| | |
|---|---|
| OUTSIDE RENTALS | $38,117.36 |
| PLUS 12% MARK-UP | $4,574.08 |
| **TOTAL COMPANY OWNED TRUCK & RENTALS** | $42,691.44 |
| | |
| COMPANY OWNED TRUCK & RENTALS | $21,901.47 |
| 80% OF 2017 MCAA | $17,521.18 |
| **TOTAL COMPANY OWNED TRUCK & RENTALS** | $17,521.18 |

| | |
|---|---|
| SUBTOTAL: | $923,382.24 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $923,382.24 |

— 44 —

51

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

INVOICE #: JC2337
ACCOUNT #: 0000517

## *MCElroy's*

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$71.57

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## *MCElroy's*                    INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2337 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-4 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description    **5TH PARTIAL BILLING THROUGH 06.08.18 - SCOPE C HANGERS (FABRICATED HANGERS)**

| | |
|---|---|
| MATERIAL | $65.06 |
| PLUS 10% MARK-UP | $6.51 |
| **TOTAL MATERIAL** | **$71.57** |

| | |
|---|---|
| SUBTOTAL: | $71.57 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $71.57 |

— 45 —

52

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA    INVOICE #: JC2338
ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

## *MCElroy's*

MAIL TO:                   INVOICE AMOUNT:
MCELROY'S, INC                $182.31
PO BOX 5188
TOPEKA, KS 66611

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## *MCElroy's*          INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2338 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-5 |
| Terms: | NET 30 |

**BILL TO**                  **JOB ADDRESS**

MARS CHOCOLATE NORTH AMERICA      MARS

PO BOX 696517                1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269        TOPEKA, KS 66619

**Description**    **5TH PARTIAL BILLING THROUGH 06.08.18 - RACK UTILITIES TESTING FOR AIR & HYDRO**

| | |
|---|---|
| MATERIAL | $165.74 |
| PLUS 10% MARK-UP | $16.57 |
| **TOTAL MATERIAL** | **$182.31** |

| | |
|---|---|
| SUBTOTAL: | **$182.31** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$182.31** |

— 46 —

53

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA     INVOICE #: JC2339
ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

# *MCElroy's* INC

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$9,682.94

AMOUNT ENCLOSED:

$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *MCElroy's* INC

# INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| **Invoice Date:** | 06.20.18 |
| **Invoice #:** | JC2339 |
| **Account #:** | 0000517 |
| **Purchase Order #:** | |
| **Job #:** | 18-0014-9 |
| **Terms:** | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

**Description**    5TH PARTIAL BILLING THROUGH 06.08.18 - SCOPE C TRACE WATER

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Journeyman | PL/PFF | Topeka | ST | 70.00 | $71.60 | $5,012.00 |
| Journeyman | PL/PFF | Topeka | OT | 14.00 | $96.47 | $1,350.58 |

| | |
|---|---|
| SUBTOTAL | $6,362.58 |
| PLUS 3% CONSUMABLES | $190.88 |
| **TOTAL LABOR** | **$6,553.46** |

| | |
|---|---|
| MATERIAL | $2,844.98 |
| PLUS 10% MARK-UP | $284.50 |
| **TOTAL MATERIAL** | **$3,129.48** |

| | |
|---|---|
| SUBTOTAL: | **$9,682.94** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$9,682.94** |

– 47 –

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA          INVOICE #: JC2340
                                      ACCOUNT #: 0000517          **MCElroy's** INC

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:                                  INVOICE AMOUNT:
MCELROY'S, INC                              $884.98
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's** INC          # INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**                    Invoice Date:    06.20.18
**Topeka, KS 66611**                          Invoice #:    JC2340
**www.mcelroys.com**                         Account #:    0000517
                                       Purchase Order #:
                                                 Job #:    18-0014-10
                                                Terms:    NET 30

BILL TO                                JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA            MARS

PO BOX 696517                          1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                  TOPEKA, KS 66619

Description    **5TH PARTIAL BILLING THROUGH 06.08.18 - SCOPE B TRACE WATER/JUMPER HOSES**

**LABOR**

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Journeyman | PL/PFF | Topeka | ST | 12.00 | $71.60 | $859.20 |

|  |  |
|---|---|
| SUBTOTAL | $859.20 |
| PLUS 3% CONSUMABLES | $25.78 |
| **TOTAL LABOR** | **$884.98** |

|  |  |
|---|---|
| SUBTOTAL: | $884.98 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $884.98 |

– 48 –

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2341
ACCOUNT #: 0000517

# *MCElroy's*

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$26.86

| AMOUNT ENCLOSED: |
|---|
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *MCElroy's*

# INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2341 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014-28 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66819

Description    **1ST PARTIAL BILLING THROUGH 06.08.18 - FUTURE AHU IN DOUGH KITCHEN**

| | |
|---|---|
| MATERIAL | $24.42 |
| PLUS 10% MARK-UP | $2.44 |
| **TOTAL MATERIAL** | **$26.86** |

| | |
|---|---|
| SUBTOTAL: | $26.86 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $26.86 |

*- 49 -*

56

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2342
ACCOUNT #: 0000517

# *MCElroy's*

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$6,366.21

AMOUNT ENCLOSED:

$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *MCElroy's*            INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2342 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

**Description**    5TH PARTIAL BILLING THROUGH 06.08.18 - SOBATECH

| | |
|---|---|
| MATERIAL | $5,310.73 |
| PLUS 10% MARK-UP | $531.07 |
| **TOTAL MATERIAL** | **$5,841.80** |
| | |
| SUBCONTRACTORS | $476.73 |
| PLUS 10% MARK-UP | $47.67 |
| **TOTAL SUBCONTRACTORS** | **$524.40** |

| | |
|---|---|
| SUBTOTAL: | **$6,366.21** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$6,366.21** |

— 50 —

57

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2343
ACCOUNT #: 0000517

# *MCElroy's*

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$113.89

AMOUNT ENCLOSED:

$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *MCElroy's*

# INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2343 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028-1 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

**Description**    5TH PARTIAL BILLING THROUGH 06.08.18 - SOBATECH PLUMBING

| | |
|---|---|
| MATERIAL | $103.54 |
| PLUS 10% MARK-UP | $10.35 |
| **TOTAL MATERIAL** | **$113.89** |

| | |
|---|---|
| SUBTOTAL: | $113.89 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $113.89 |

— 51 —

58

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA     INVOICE #: JC2344
                                     ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

# *MCElroy's*

MAIL TO:                                        INVOICE AMOUNT:
MCELROY'S, INC                                $12,223.08
PO BOX 5188
TOPEKA, KS 66611

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# *MCElroy's*     INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2344 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028-3 |
| Terms: | NET 30 |

BILL TO                                       JOB ADDRESS

MARS CHOCOLATE NORTH AMERICA            MARS

PO BOX 696517                             1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                     TOPEKA, KS 66619

Description    **2ND PARTIAL BILLING THROUGH 06.08.18 - SOBATECH FIXTURES**

| | |
|---|---|
| MATERIAL | $11,111.89 |
| PLUS 10% MARK-UP | $1,111.19 |
| **TOTAL MATERIAL** | **$12,223.08** |

| | |
|---|---|
| SUBTOTAL: | **$12,223.08** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$12,223.08** |

*— 52 —*

59

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2345
ACCOUNT #: 0000517

## *MCElroy's*

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$7,353.09

AMOUNT ENCLOSED:

$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## *MCElroy's*          **INVOICE**

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2345 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0028-4 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66819

**Description**   **1ST PARTIAL BILLING THROUGH 06.08.18 - SOBATECH INSULATION EXTRAS**

| | |
|---|---|
| SUBCONTRACTORS | $6,684.63 |
| PLUS 10% MARK-UP | $668.46 |
| **TOTAL SUBCONTRACTORS** | **$7,353.09** |

| | |
|---|---|
| SUBTOTAL: | **$7,353.09** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$7,353.09** |

*— 53 —*

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA     INVOICE #: JC2346
    ACCOUNT #: 0000517

PO BOX 696517
SAN ANTONIO, TX 78269

## MCElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$1,067.92

AMOUNT ENCLOSED:

$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

## MCElroy's

# INVOICE

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2346 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0029 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description     4TH PARTIAL BILLING THROUGH 06.08.18 - ORANGEWORKS

| | |
|---|---|
| MATERIAL | $130.24 |
| PLUS 10% MARK-UP | $13.02 |
| **TOTAL MATERIAL** | **$143.26** |
| | |
| OUTSIDE RENTALS | $825.59 |
| PLUS 12% MARK-UP | $99.07 |
| **TOTAL OUTSIDE RENTALS** | **$924.66** |

| | |
|---|---|
| SUBTOTAL: | **$1,067.92** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$1,067.92** |

*– 54 –*

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA       INVOICE #: JC2347
                                   ACCOUNT #: 0000517           *MCElroy's*
PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:                                    INVOICE AMOUNT:
MCELROY'S, INC                                  $307.47
PO BOX 5188
TOPEKA, KS 66611

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

*MCElroy's*                 **INVOICE**

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2347 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0029-1 |
| Terms: | NET 30 |

**BILL TO**                              **JOB ADDRESS**

MARS CHOCOLATE NORTH AMERICA             MARS

PO BOX 696517                            1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                    TOPEKA, KS 66619

**Description**   4TH PARTIAL BILLING THROUGH 06.08.18 - ORANGEWORKS PLUMBING

| | |
|---|---|
| MATERIAL | $279.52 |
| PLUS 10% MARK-UP | $27.95 |
| **TOTAL MATERIAL** | **$307.47** |

| | |
|---|---|
| SUBTOTAL: | **$307.47** |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | **$307.47** |

– 55 –

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #: JC2348
ACCOUNT #: 0000517

# McElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$1,672.26

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# McElroy's          INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2348 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0029-2 |
| Terms: | NET 30 |

**BILL TO**

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

**JOB ADDRESS**

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description       4TH PARTIAL BILLING THROUGH 06.08.18 - ORANGEWORKS CHOCOLATE

| | |
|---|---|
| MATERIAL | $1,520.24 |
| PLUS 10% MARK-UP | $152.02 |
| **TOTAL MATERIAL** | **$1,672.26** |

| | |
|---|---|
| SUBTOTAL: | $1,672.26 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $1,672.26 |

— 56 —

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA          INVOICE #:  JC2349
                                      ACCOUNT #:  0000517              **MCElroy's**

PO BOX 696517
SAN ANTONIO, TX 78269

MAIL TO:                                      INVOICE AMOUNT:
MCELROY'S, INC                                $9,231.06
PO BOX 5188
TOPEKA, KS 66611

| AMOUNT ENCLOSED: |
| --- |
| $ |

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

**MCElroy's**                    # INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
| --- | --- |
| Invoice Date: | 06.20.18 |
| Invoice #: | JC2349 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0029-3 |
| Terms: | NET 30 |

**BILL TO**                                **JOB ADDRESS**

MARS CHOCOLATE NORTH AMERICA                MARS

PO BOX 696517                              1255 SW GARY ORMSBY DR
SAN ANTONIO, TX 78269                      TOPEKA, KS 66619

**Description**   4TH PARTIAL BILLING THROUGH 06.08.18 - ORANGEWORKS INSULATION EXTRAS

| | |
| --- | --- |
| SUBCONTRACTORS | $8,391.87 |
| PLUS 10% MARK-UP | $839.19 |
| **TOTAL SUBCONTRACTORS** | $9,231.06 |

| | |
| --- | --- |
| SUBTOTAL: | $9,231.06 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $9,231.06 |

*- 57 -*

64

Page 1 of 1

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #:  JC2424
ACCOUNT #:  0000517

# MCElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
$36,109.23

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# MCElroy's

## INVOICE

**Topeka 785.266.4870**
**3310 SW Topeka Blvd**
**Topeka, KS 66611**
**www.mcelroys.com**

| | |
|---|---|
| Invoice Date: | 08.09.18 |
| Invoice #: | JC2424 |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66819

Description   **11TH PARTIAL BILLING THROUGH 08.06.18 - TWIX LINE 3 PIPING, SCOPE C HANGERS, & ORANGEWORKS**

### LABOR

| Description | Trade | Location | Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Project Manager | All | ALL | ST | 6.00 | $95.00 | $570.00 |
| Project Manager | All | ALL | OT | 2.00 | $125.00 | $250.00 |
| Apprentice | PL/PFS | Topeka | ST | 1.50 | $72.90 | $109.35 |
| Journeyman | PL/PFS | Topeka | ST | 15.00 | $83.60 | $1,254.00 |
| Foreman | PL/PFS | Topeka | ST | 9.00 | $86.45 | $778.05 |
| Superintendent | PL/PFS | Topeka | ST | 12.00 | $88.24 | $1,058.88 |
| Apprentice | PL/PFS | Topeka | OT | 2.00 | $94.04 | $188.08 |
| Journeyman | PL/PFS | Topeka | OT | 4.00 | $108.47 | $433.88 |
| Journeyman | PL/PFF | Topeka | ST | 4.00 | $71.60 | $286.40 |

| | |
|---|---|
| SUBTOTAL | $4,928.64 |
| PLUS 3% CONSUMABLES | $147.86 |
| **TOTAL LABOR** | **$5,076.50** |
| MATERIAL | $478.63 |
| PLUS 10% MARK-UP | $47.86 |
| **TOTAL MATERIAL** | **$526.49** |
| SUBCONTRACTORS | $12,923.21 |
| PLUS 10% MARK-UP | $1,292.32 |
| **TOTAL SUBCONTRACTORS** | **$14,215.53** |
| OUTSIDE RENTALS | $14,545.27 |
| PLUS 12% MARK-UP | $1,745.43 |
| **TOTAL OUTSIDE RENTALS** | **$16,290.70** |
| SUBTOTAL: | $36,109.23 |
| TAX: | |
| AMOUNT PAID: | |
| TOTAL: | $36,109.23 |

— 58 —

65

Please detach and submit this bottom portion with your payment

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

INVOICE #:  MISC CREDIT
ACCOUNT #:  0000517

# McElroy's

MAIL TO:
MCELROY'S, INC
PO BOX 5188
TOPEKA, KS 66611

INVOICE AMOUNT:
($204,190.07)

AMOUNT ENCLOSED:
$

BALANCE DUE AFTER 30 DAYS WILL ACCURE A 1.5% SERVICE CHARGE OR THE MAXIMUM RATE ALLOWED BY LAW

**THANK YOU FOR CHOOSING MCELROY'S FOR YOUR PLUMBING, HEATING & AIR CONDITIONING!**

# McElroy's CREDIT MEMO

Topeka 785.266.4870
3310 SW Topeka Blvd
Topeka, KS 66611
www.mcelroys.com

| | |
|---|---|
| Invoice Date: | 09.10 18 |
| Invoice #: | MISC CREDIT |
| Account #: | 0000517 |
| Purchase Order #: | |
| Job #: | 18-0014 |
| Terms: | NET 30 |

BILL TO

MARS CHOCOLATE NORTH AMERICA

PO BOX 696517
SAN ANTONIO, TX 78269

JOB ADDRESS

MARS

1255 SW GARY ORMSBY DR
TOPEKA, KS 66619

Description

1. CREDIT FOR REVISED IN-HOUSE TOOL RENTALS PER 7/10/2018 EMAIL.                                ($132,707.82)

THE FOLLOWING CREDITS 2 THROUGH 6 ARE PER 8/21/18 EMAIL

2. CREDIT FOR DRUG TESTING TIME.                                ($894.28)

3. CREDIT FOR PROJECT MANAGER INVOICED AT OVER TIME AND DOUBLE TIME RATES,        ($2,410.20)
SHOULD HAVE BEEN ALL REGULAR TIME RATE.

4. CREDIT FOR PAUL MILLER INVOICED AT PROJECT MANAGER RATE, SHOULD        ($14,419.49)
HAVE BEEN SUPERINTENDENT RATE.

5. CORRECTION FOR 2ND SHIFT HOURS BILLED AT REGULAR TIME RATE INSTEAD        $6,755.43
OF 2ND SHIFT RATE.   2,159 JOURNEYMAN HOURS AND 208 FOREMAN HOURS.

6. CREDIT FOR ERRORS FOUND DURING AUDIT OF TIMESHEETS COMPARED TO        ($60,513.71)
SPREADSHEET. CLERK USED COPY / PASTE INSTEAD OF CUT / PASTE RESULTING
IN DUPLICATE INVOICING OF THE SAME HOURS.

TOTAL CREDIT:        ($204,190.07)

*- 59 -*

Page 1 of 1

ELECTRONICALLY FILED
2019 Jan 18 PM 1:07
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER:  2019-CV-000036

McElroy's Inc

vs.

Mars Wrigley Confectionery US LLC

SUMMONS

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Mars Wrigley Confectionery US LLC**

**c/o The Corporation Company Inc**

**112 SW 7th St Ste 3C**

**Topeka, KS  66603**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

James Bradley Biggs

2942A S.W. Wanamaker Drive, Suite 100

Topeka, KS 66614

within 21 days after service of summons on you.

*Breanna D. DelaRosa*
Deputy Clerk for

Clerk of the District Court

Electronically signed  on 01/18/2019 03:54:41 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2019 Jan 23 PM 3:12
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2019-CV-000036

CASE #2019 CV 000036
McElroy's, Inc.
vs.
Mars Wrigley Confectionery US LLC

PERSONAL SERVICE ON:
**Mars Wrigley Confectionery US LLC**
**c/o The Corporation Company, Inc.**
**112 SW 7th Street, Suite 3C, Topeka, KS 66603**

<u>RETURN OF SERVICE</u>
I hereby certify that I have served the foregoing documents, as follows:

1.  PERSONAL SERVICE: By delivering a copy of such document to the following party on the dates indicated:
    _____

2.  RESIDENCE SERVICE: By leaving a copy of such document at the usual place of residence of each of the following parties with some person of suitable age and discretion residing therein on the dates indicated:
    _____

3.  AGENT SERVICE: By delivering a copy of such document to each of the following agents authorized by appointment or by law to receive service of process: _Natalie Sorton_____

4.  RESIDENCE SERVICE AND MAILING: By leaving a copy of such document at the usual place of residence of each of the following defendants and mailing by first class mail on the dates indicates a notice that such copy has been so left:
    _____

5.  SERVICE BY RETURN RECEIPT DELIVERY: I hereby certify that I have served the within document: (1) by causing to be delivered on the _____ day of _____, 2019, a copy of the document in the above action by return receipt delivery to each of the within-named defendants; (2) the name and address on the envelope containing the process mailed as certified and mail return receipt requested were as follows:
    _____ with such delivery made by the following person or entity _____. Attached hereto is a copy of the return receipt evidencing such delivery.

6.  FIRST CLASS MAIL SERVICE: I hereby certify that I have served the within document by first class mail, postage prepaid, to each of the named defendants: _____

7.  RETURN RECEIPT DELIVERY REFUSED: I hereby certify that on the _____ day of _____, 2019, I mailed a copy of the document in the above action by first class mail, postage prepaid, addressed to _____ at _____ .

8.  TELEFACSIMILE COMMUNICATION: By faxing on the _____ day of _____, 2019 at _____ o'clock ___.M., a copy of the garnishment order, along with two copies of the answer form, to the following persons: _____ . Number of transmitting machine: _____ . Number of receiving machine: _____

9.  INTERNET ELECTRONIC MAIL: By e-mailing on the _____ day of _____, 2019, at _____ o'clock ___.M., a copy of the garnishment order, along with a copy of the answer form, to the following persons at the following e-mail addresses: _____ . Transmitting person's e-mail address: _____

10. AVOIDANCE OF SERVICE: After diligent effort, I am satisfied that the following parties are secreting themselves in order to avoid the process of the court: _____

11. NO SERVICE: The following parties were not found in this county:
    _____

Subject to penalty of perjury I _Kyler C. Utreringer_____ have served process on _01.22.2019_ at
                                    (signature of officer)                                   (date)
_8:49_ am/pm at the address stated above; according to K.S.A. 21-3805 and amendments thereto.

Case No. _2019 CV 000036_____ .
SUMMONS

Return to:
Clerk of the District Court
Shawnee County Courthouse
Topeka, Kansas 66603

James B. Biggs – KS#14079; MO#46566
Cavanaugh, Biggs & Lemon, P.A.
2942A SW Wanamaker Drive, Ste 100
Topeka, KS 66614