IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MCELROYS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARS WRIGLEY CONFECTIONERY US, )<br>LLC, f/k/a Mars Chocolate North America, )<br>LLC, )<br>)<br>Defendant. )<br>_____ ) | Case No. 19-cv-04010-SAC-TJJ |

**CLERK'S ORDER EXTENDING
TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to Local Rule 77.2(a)(2), it is Ordered that Defendant Mars Wrigley Confectionery US, LLC f/k/a Mars Chocolate North America, LLC is hereby granted 14 additional days in which to answer or otherwise plead to the Complaint. This was Defendant's first request for an extension. The original time in which to file Defendant's Answer has not expired. This is an Action removed from Shawnee County Kansas District Court on February 12, 2019. Defendant's time to Answer in State Court had not expired on the date of Removal. Defendant's Answer was originally due February 19, 2019. The due date is now extended to **March 6, 2019**.

CLERK OF THE DISTRICT COURT

Date: 2/13/2019                By __s/ J. Lolley, Deputy Clerk_____

1

Prepared by:

/s John H. Hutton
John H. Hutton, #16573
J. Phillip Gragson, #16103
Adam C. Mauck, #27638
HENSON, HUTTON, MUDRICK,
 GRAGSON & VOGELSBERG, LLP
3649 SW Burlingame Road, Ste. 200
Topeka, KS  66611
Ph. (785) 232-2200; Fax (785) 232-3344
jhutton@hhmglaw.com
jpgragson@hhmglaw.com
amauck@hhmglaw.com
*Attorneys for Mars Confectionery US, LLC f/k/a*
*Mars Chocolate North America, LLC*

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2019, I sent the foregoing to the Clerk of the Court via electronic mail, and a copy via electronic mail to the following:

James B. Biggs
Cavanaugh, Biggs & Lemon, P.A.
jbiggs@cavlem.com
*Attorney For Plaintiff*

 /s/ John H. Hutton
John H. Hutton

2